No. 169. BOOTH ET AL. *v.* CLAPP ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. The costs already incurred herein by direction of the Court shall be paid by the clerk as provided in the order of October 29, 1926. *Mr. Jonathan Taylor* for appellants. No appearance for appellees.

No. 115. JONES *v.* CONSOLIDATED WAGON & MACHINE Co. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed for the want of jurisdiction on the authority of § 238 of the Judicial Code, as amended by the act of February 13, 1925, c. 229, § 1, 43 Stat. 938. *Mr. Wilson S. Wiley* for appellant. *Mr. Bernard J. Stewart* for appellee.